## GRONEWEG & SCHOENTGEN v. BARNUM.

PRACTICE ON APPEAL: EQUITY CASE: INSUFFICIENT CERTIFICATE OF EVIDENCE: JUDGMENT AFFIRMED.

*Appeal from Pottawattamie District Court.*

FRIDAY, OCTOBER 15, 1886.

ACTION IN EQUITY. Judgment for the plaintiff, and defendant appeals.

*J. Lyman,* for appellant.

*Wright, Baldwin & Haldane,* for appellee.

SEEVERS, J.—The judge of the district court failed to certify that all the evidence offered on the trial before him is in the record, and therefore the certificate is not sufficient, under § 2742 of the Code, and the judgment of the district court must be

AFFIRMED.